United States District Court

Eastern District of California

Larry Giraldes, Jr.,

     Plaintiff,                No. Civ. S 01-2110 LKK PAN P

  vs.                         Order

Prebula, et al.,

     Defendants.

-oOo-

    Pursuant to the September 1, 2004, schedule, plaintiff had to file and serve a pretrial statement by May 20, 2005, defendants must file and serve a pretrial statement by June 3, 2005, pretrial conference on the papers is set for June 10, 2005, and trial is set for August 30, 2005.

    May 24, 2005, defendants moved to vacate these dates upon the ground their motion for summary judgment is pending.

    Good cause appearing, defendants' motion is granted and the above dates are vacated.

1 So ordered.

2 Dated: May 31, 2005.

3                                              /s/ Peter A. Nowinski

4                                              PETER A. NOWINSKI
                                             Magistrate Judge