United States District Court

Eastern District of California

Larry Giraldes, Jr.,

     Plaintiff,                    No. Civ. S 01-2110 LKK PAN P

  vs.                              Order

Prebula, et al.,

     Defendants.

-oOo-

    Plaintiff is a prisoner prosecuting this civil rights action without counsel.  March 2, 2005, plaintiff moved for a preliminary injunction.  Defendants have not responded.

    Defendants have 15 days from the date this order is signed to file and serve a response to plaintiff's March 2, 2005, motion.

    So ordered.

    Dated:  June 7, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge