United States District Court

Eastern District of California

Larry Giraldes,

       Plaintiff,                        No. Civ. S 01-2110 LKK PAN P

  vs.                                  Order

T. Prebula, et al.,

       Defendants.

-oOo-

    Plaintiff, a prisoner prosecuting this civil rights action without counsel and in forma pauperis, requests an order directing defendants or the clerk of the court to provide him a copy of the transcript of his deposition taken February 3, 2005.

    The officer before whom a deposition is taken must retain stenographic notes of the proceedings or a copy of the recording of a deposition taken by a different method and must provide a copy thereof to any party or to the deponent upon payment of reasonable charges therefor.  Fed. R. Civ. P. 30(f)(2).

1  The court cannot order the clerk or defendants to provide
2 plaintiff a copy of the transcript of the deposition taken
3 February 3, 2005.  Plaintiff must obtain it from the officer
4 before whom the deposition was taken pursuant to Rule 30(f)(2).
5  Accordingly, plaintiff's June 23, 2005, motion is denied.
6  So ordered.
7  Dated:  November 29, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge