IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

      Plaintiff,                     No. CIV S-01-2110 LKK PAN P

    vs.

PREBULA, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2005, plaintiff filed a motion to compel discovery, in which he sought an extension of time to conduct discovery in order to file a supplemental opposition to defendants' motion for summary judgment. On January 6, 2006, plaintiff's request for extension of time to permit discovery in support of a supplemental opposition to defendants' motion for summary judgment was denied. In addition, the initial discovery deadline of December 27, 2004 was extended to March 2, 2005 by order filed January 7, 2005. Thus, plaintiff's motion was filed beyond the discovery deadline. On January 25, 2006, the court issued findings and recommendations on defendants' motion for summary judgment and plaintiff's motion for a preliminary injunction.

1

For all of the above reasons, IT IS HEREBY ORDERED that plaintiff's July 25, 2005 motion to compel is denied.

DATED: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gira2110.clu