1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY GIRALDES,

11         Plaintiff,              No. CIV S-01-2110 LKK EFB P

12      vs.

13   T. PREBULA, et al.,

14         Defendants.             ORDER

15   _____/

16      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack

18   authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v.*

19   *United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court

20   may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v.*

21   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

22   (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

23      Accordingly, IT IS HEREBY ORDERED that plaintiff's October 12, 2006, request for

24   appointment of counsel is denied.

25   DATED:  September 21, 2007.

26                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE