IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

      Plaintiff,                      No. CIV S-01-2110 LKK EFB P

     vs.

T. PREBULA, et al.,

      Defendants.          <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On January 4, 2010, plaintiff filed a motion for a preliminary injunction, claiming that his medical needs are not being met at his current institution and as a result, he is rapidly losing weight.  Good cause appearing, defendants will be ordered to respond on an expedited basis.

     Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion for a preliminary injunction no later than five days from the date of this order.

Dated:  January 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE