IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

    Plaintiff,                 No. CIV S-01-2110 LKK EFB P

    vs.

T. PREBULA, et al.,

    Defendants.            <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 20, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. On January 25, 2010, plaintiff filed his reply to defendants' opposition. Although dated January 19, 2010, the day before the findings and recommendations issued, the court has reviewed that document as potential objections to the

////

////

1

findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed January 20, 2010, are adopted in full;

        2. Plaintiff's January 4, 2010, motion for a preliminary injunction is denied.

So ordered.

DATED: March 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court also acknowledges receipt of a letter from plaintiff's mother on January 27, 2010.

2