IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

      Plaintiff,                    No. CIV S-01-2110 LKK EFB P

   vs.

T. TREBULA, et al.,

      Defendants.           <u>ORDER</u>

                              /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 14, 2010, the court issued an order setting the matter for a settlement conference; the order also stated if the parties failed to reach a settlement, the court would appoint counsel to represent plaintiff at trial. Dckt. No. 146. The case did not settle at the October 28, 2010 settlement conference. Plaintiff subsequently filed a motion for appointment of counsel. Attorney Ellen Dove, who has been selected from the court's pro bono attorney panel, is hereby appointed.

       Accordingly, it is hereby ORDERED that:

       1. Plaintiff's October 8, 2010 motion for appointment of counsel is granted.

       2. Ellen Dove is appointed to represent plaintiff for all further proceedings.

////

3. The Clerk is directed to substitute Ms. Dove in place of plaintiff who previously was proceeding pro se.

4. Ellen Dove shall notify Sujean Park, at 916-930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Ellen Dove, 5325 Elkhorn Boulevard #160, Sacramento, CA 95842.

DATED: January 7, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2