IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

        Plaintiff,                    No. CIV S-01-2110 LKK EFB P

    vs.

T. PREBULA, et al.,

        Defendants.         ORDER

                           /

        Plaintiff is a represented prisoner proceeding under 42 U.S.C. § 1983. The parties failed to reach a settlement in the settlement conference.

        Accordingly, it is hereby ORDERED that:

        1. A pretrial conference is now SET before the undersigned on March 23, 2011 at 11:00 a.m. in Courtroom No. 24; and

        2. The parties shall file their pretrial statements in accordance with Local Rule 281.

DATED: February 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE