IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

    Plaintiff,                         No. CIV S-01-2110 LKK EFB

    vs.

T. PREBULA, et al.,

    Defendants.               ORDER

                              /

      Plaintiff is a represented prisoner proceeding under 42 U.S.C. § 1983. Plaintiff's counsel requests a 30-or 60-day extension of time to file plaintiff's pretrial statement, as well as a continuance of the pretrial conference currently set for March 23, 2011. Plaintiff's counsel asserts that she has been unable to adequately confer with her client.

      Good cause appearing, it is hereby ORDERED that:

      1. Plaintiff's request for an extension of time is granted. He shall file his pretrial statement on or before April 20, 2011.

      2. The pretrial conference is now SET before the undersigned on April 27, 2011 at 10:00 a.m. in Courtroom No. 24.

DATED: March 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE