UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES, JR.,

        NO. CIV. S-01-2110 LKK/EFB

    Plaintiff,

  v.                         O R D E R

T. PREBULA, et al.,

    Defendants.
_____/

On June 16, 2011, defendants in the above captioned case filed a motion to reconsider a 2004 order of this court denying a motion to dismiss for failure to exhaust. (Doc. No. 164) Furthermore, the trial confirmation hearing in this case is set for June 27, 2011 and trial is set to begin on August 30, 2011. (Doc. No. 159).

For the foregoing reasons, the court ORDERS AS FOLLOWS:

(1) The dates set for the trial confirmation hearing and trial are VACATED pending resolution of defendants' motion for reconsideration.

1

1  (2) Plaintiff SHALL FILE a response to defendants' motion
2      for reconsideration by July 5, 2011.
3  (3) Defendants MAY FILE a reply in support of their motion
4      by July 12, 2011.
5  IT IS SO ORDERED.
6  DATED: June 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2