IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES, JR.,** | Case No. 2:01-CV-2110 LKK PAN P |
| Plaintiff, | **ORDER CHANGING TRIAL CONFIRMATION HEARING DATE** |
| v. | |
| **T. PREBULA, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request for a change of the trial confirmation hearing date.  Good cause appearing for that request, the trial confirmation hearing shall be changed from August 29, 2011 to September 12, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

**Dated:  August 4, 2011**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2003102540
31313679.doc

1