1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  LARRY GIRALDES, JR.,
                                       NO. CIV. S-01-2110 LKK/EFB
12            Plaintiff,

13       v.                                    O R D E R

14  T. PREBULA, et al.,

15            Defendants.
    _____/
16

17       Plaintiff, a prisoner proceeding with appointed counsel, has

18  filed a declaration in which he states that he has never been

19  contacted by his appointed counsel and that he has been trying to

20  contact her since May 2011. For this reason, plaintiff is also

21  unaware that the trial date in this action has been vacated and is

22  planned to be re-set at the trial confirmation hearing, which is

23  currently set for September 12, 2011.

24       In light of plaintiff's filing, the court orders counsel for

25  plaintiff to respond to plaintiff's declaration (Doc. No. 176)

26  within seven (7) days of the issuance of this order. Counsel for

                                   1

1 | plaintiff shall also serve a copy of her response upon plaintiff.

2 |     IT IS SO ORDERED.

3 |     DATED: August 19, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT