UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES, JR.,

        Plaintiff,

  v.

T. PREBULA, et al.,

        Defendants.

                                    /

NO. CIV. S-01-2110 LKK/EFB

O R D E R

Plaintiff, a prisoner proceeding with appointed counsel, has filed a declaration in which he states that he has never been contacted by his appointed counsel and that he has been trying to contact her since May 2011. For this reason, plaintiff is also unaware that the trial date in this action has been vacated and is planned to be re-set at the trial confirmation hearing, which is currently set for September 12, 2011.

In light of plaintiff's filing, the court orders counsel for plaintiff to respond to plaintiff's declaration (Doc. No. 176) within seven (7) days of the issuance of this order. Counsel for

1

1 plaintiff shall also serve a copy of her response upon plaintiff.
2     IT IS SO ORDERED.
3     DATED: August 19, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT