ELLEN C. DOVE, ESQ., SBN 64034
5325 Elkhorn Blvd., Suite 160
Sacramento, CA  95842
Telephone:  (916) 331-0111
Telecopier:  (916) 726-8576
Email:  edove3136@aol.com

Attorney for Plaintiff LARRY GIRALDES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>           Plaintiff,<br><br>vs.<br><br>PREBULA, et al.,<br><br>           Defendants. | Case No.: 2:01-CV-02110 LKK EFB<br><br>**ORDER PERMITTING RESPONSIVE DOCUMENTS TO BE FILED UNDER SEAL** |

**GOOD CAUSE HAVING BEEN SHOWN**

Plaintiff's counsel's request to have all submissions including:

**REQUEST TO FILE RESPONSIVE DOCUMENTS UNDER SEAL,**

**ASSIGNED COUNSEL'S RESPONSE TO PLAINTIFF'S DECLARATION, DECLARATION OF SHELVA DARROW, and PLAINTIFF'S REBUTTAL OR COMMENTS** or Further Responses if there be any is granted.

**IT IS SO ORDERED.**

Dated:  August 29, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1