UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES, JR.,

        Plaintiff,

   v.

T. PREBULA, et al.,

        Defendants.

                                /

NO. CIV. S-01-2110 LKK/EFB

O R D E R

Plaintiff in this § 1983 case has filed a motion to re-open discovery for the limited purpose of retaining a medical expert, and to re-set pretrial dates. The motion, which is opposed by defendants, is scheduled for hearing on February 27, 2012. The court does not find oral argument to be necessary in this matter, and considers the motion on the papers.

Plaintiff's current counsel was appointed on November 14, 2011. ECF No. 186. Plaintiff previously proceeded in pro se, except for a seven-month period during which he represented by Ellen Dove, who was relieved as counsel on August 31, 2011.

1

1    At a status conference held in chambers on December 19, 2011,
2 the court directed plaintiff's counsel to file a motion to re-open
3 discovery. ECF No. 187.
4    Accordingly, the court orders as follows:
5        [1] The hearing on plaintiff's motion to re-open
6        discovery, currently scheduled for February 27, 2012 is
7        VACATED.
8        [2] Plaintiff's motion to re-open discovery for the
9        limited purpose of retaining a medical expert to conduct
10       a thorough review of plaintiff's medical file and to
11       provide a qualified opinion relating to the standard of
12       medical care, ECF No. 189 is GRANTED.
13       [3] All dates set heretofore in this case are VACATED.
14       [4] A status conference to set new dates, including
15       discovery cut-off is SET for March 19, 2012 at 2:00 p.m.
16   IT IS SO ORDERED.
17   DATED: February 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT