UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES, JR.,

         Plaintiff,

   v.

T. PREBULA, et al.,

         Defendants.

                               /

NO. CIV. S-01-2110 LKK/EFB

O R D E R

    A status conference in the above-reference matter is currently set for March 19, 2012, at 2:00 P.M.  However, a hearing on Defendants' motion for reconsideration, ECF No. 193, is set for April 9, 2012, at 10:00 A.M.

    Accordingly, the court ORDERS as follows:

        [1] The status conference currently set for March 19, 2012 is CONTINUED to May 29, 2012 at 3:00 P.M.

        [2] Plaintiffs SHALL file their status reports fourteen (14) days prior to the status conference.

////

1

1   IT IS SO ORDERED.

2   DATED: March 14, 2012.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2