1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY GIRALDES, JR.,
                                      NO. CIV. S-01-2110 LKK/EFB
12           Plaintiff,

13       v.                               O R D E R

14   T. PREBULA, et al.,

15           Defendants.
     _____/
16

17       A status conference in the above-reference matter is

18   currently set for March 19, 2012, at 2:00 P.M.  However, a hearing

19   on Defendants' motion for reconsideration, ECF No. 193, is set for

20   April 9, 2012, at 10:00 A.M.

21       Accordingly, the court ORDERS as follows:

22           [1] The status conference currently set for March 19,

23           2012 is CONTINUED to May 29, 2012 at 3:00 P.M.

24           [2] Plaintiffs SHALL file their status reports fourteen

25           (14) days prior to the status conference.

26   ////

1

1    IT IS SO ORDERED.

2    DATED: March 14, 2012.

3

4

5                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
6                                    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26