1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LARRY GIRALDES, JR.,
                                        NO. CIV. S-01-2110 LKK/EFB
12          Plaintiff,

13      v.                              O R D E R

14  T. PREBULA, et al.,

15          Defendants.
    _____/
16

17      On October 14, 2012, this court issued an order dismissing

18  Plaintiff's suit without prejudice, based on the Ninth Circuit's

19  holding in Vaden v. Summerhill, 449 F.3d 1047 (9th Cir. 2006).[1]

20  Order, ECF No. 209.  Plaintiff was given thirty days from the

21  issuance of the court's order to file a second amended complaint.

22  Id.  Plaintiff has not yet filed a second amended complaint.

23  ////

24  _____

25      [1] The court determined that the holding in Vaden indicated
    that Plaintiff had brought this action on November 16, 2001, when
26  he filed his original complaint, and therefore, before the
    Director's Level denials on Plaintiff's grievances were issued.

                                1

1     The court is in receipt of counsel for Plaintiff's request for

2   authority to incur $8,300.00 in costs for fees for Dr. Ralph E.

3   Koldinger.  Because Plaintiff has not yet filed a second amended

4   complaint, and Plaintiff's case has been dismissed, counsel for

5   Plaintiff's request for pre-approval of expenditures is premature.

6   Counsel's request is therefore DENIED, without prejudice to renew

7   following Plaintiff's filing of a second amended complaint.

8     The Clerks' Office is directed to file Plaintiff's request for

9   authority to incur costs on the docket.

10    IT IS SO ORDERED.

11    DATED: November 1, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT