UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES, JR.,

        Plaintiff,

  v.

T. PREBULA, et al.,

        Defendants.
                                    /

NO. CIV. S-01-2110 LKK/EFB

O R D E R

On October 14, 2012, this court issued an order dismissing Plaintiff's suit without prejudice, based on the Ninth Circuit's holding in <u>Vaden v. Summerhill</u>, 449 F.3d 1047 (9th Cir. 2006).[1] Order, ECF No. 209. Plaintiff was given thirty days from the issuance of the court's order to file a second amended complaint. <u>Id.</u> Plaintiff has not yet filed a second amended complaint.

////

---

[1] The court determined that the holding in <u>Vaden</u> indicated that Plaintiff had brought this action on November 16, 2001, when he filed his original complaint, and therefore, before the Director's Level denials on Plaintiff's grievances were issued.

1

1   The court is in receipt of counsel for Plaintiff's request for
2 authority to incur $8,300.00 in costs for fees for Dr. Ralph E.
3 Koldinger.  Because Plaintiff has not yet filed a second amended
4 complaint, and Plaintiff's case has been dismissed, counsel for
5 Plaintiff's request for pre-approval of expenditures is premature.
6 Counsel's request is therefore DENIED, without prejudice to renew
7 following Plaintiff's filing of a second amended complaint.
8   The Clerks' Office is directed to file Plaintiff's request for
9 authority to incur costs on the docket.
10   IT IS SO ORDERED.
11   DATED: November 1, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT